Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| | : | CASE NO.: 19-27282 |
| | : | |
| | : | CHAPTER: 13 |
| | : | |
| | : | HON. JUDGE.: |
| IN RE: | : | Jerrold N. Poslusny Jr. |
| | : | |
| Robert R Monaco, Jr. | : | HEARING DATE: |
| | : | **November 20, 2019 at** |
| | : | **10:00am** |
| | : | |
| | : | |
| | : | |
| Debtor | | |

-----------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation ("Secured Creditor"), the
holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys,
hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Secured Creditor holds a second lien by virtue of a mortgage on the Debtor's property
   located at 3 Surrey Court, Mount Laurel, NJ 08054.

2. Debtor(s) plan fails to provide for the claim of Secured Creditor. The arrears will be set
   forth in a Proof of Claim to be filed prior to bar date.

3. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim
   secured only by a security interest in real property that is the principal residence of the
   debtor(s). Debtor(s) proposed plan seeks to cramdown Secured Creditor's claim. The
   Debtor(s) cannot attempt to cramdown Secured Creditor's claim through Debtor(s) plan.
   The Debtor(s) must file a motion in order to cramdown a secured claim.  As the Debtor(s)
   have failed to file a motion, confirmation of Debtor(s) plan should be denied.

4.  Secured Creditor further objects to confirmation of this proposed plan as Secured Creditor believes that the value of the property is higher than the amount owed on the first lien. On July 26, 2019 Secured Creditor conducted an interior appraisal of the property showing a value of $588,000.00. It is the belief of the Secured Creditor that the first lienholder is owed approximately $446,000.00 leaving sufficient equity for Secured Creditor's lien, therefore, confirmation of the proposed plan must be denied. A copy of the appraisal is attached as **Exhibit A**.

5.  Furthermore, this Property is the debtor's primary residence, as such, is subject to the anti-modification provision of §1322(b)(2).

6.  Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

7.  Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

8.  Debtor(s) proposed plan is not feasible.

9.  Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for Secured Creditor,
SN Servicing Corporation

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

Date: October 29, 2019

# EXHIBIT A

# Uniform Residential Appraisal Report

File # ▮▮▮▮▮

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | |
|---|---|---|
| Property Address | 3 Surrey Ct | City Mount Laurel    State NJ    Zip Code 08054 |

Borrower  Robert R. Monaco    Owner of Public Record  Robert R. & Heater D. Monaco    County  Burlington

Legal Description  Deed Book 6148 Page 688

Assessor's Parcel #  24-00806 05-00012 02    Tax Year  2018    R.E. Taxes $  16,742

Neighborhood Name  Trotters Landing    Map Reference  15804    Census Tract  7029.10

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $  0    ☐ PUD    HOA $ 0    ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Market Value

Lender/Client  Shelving Star Partners    Address  4 Research Drive, 4th Floor, Shelton, CT 06484

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    BrtMLS 07/26/2019

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE ($ 000) / AGE (yrs) | One-Unit 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | 2-4 Unit 1 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 51  Low  0 | Multi-Family 1 % |
| Neighborhood Boundaries  are Hilltop Drive north, Hartford Road east, Elbo Lane south, and Winding | | 885  High  100 | Commercial 5 % |
| Way west. | | 320  Pred.  53 | Other 3 % |

Neighborhood Description    The neighborhood has a good access to highways, employment, houses of worship, retail, schools, and recreation facilities. One unit housing information was based on all single family homes closed within the subjects market area of Mount Laurel Twp over the last 12 months.

Market Conditions (including support for the above conclusions)    Homes within the subjects market area tend to sell quickly if reasonably priced, most financing is conventional, however concessions are not uncommon. A reasonable exposure time for the subject property developed independently from the stated marketing time is three to six months.

## SITE

Dimensions  110' X 200'    Area  22,000 sf    Shape  Rectangular    View  N;Res;

Specific Zoning Classification  R    Zoning Description  Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe    The highest and best use is as its present use due to its residential configuration.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone  X    FEMA Map #  34005C0242F    FEMA Map Date  12/21/2017

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls  Concrete/Average | Floors  Car/Per/Cer/Avg |
| # of Stories  2 | ☒ Full Basement ☐ Partial Basement | Exterior Walls  Siding /Stone/Avg | Walls  Drywall / Average |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area  1,805 sq.ft. | Roof Surface  Shingles/Average | Trim/Finish  Wood /Average |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish  83 % | Gutters & Downspouts  Aluminum/Average | Bath Floor  Ceramic/Average |
| Design (Style)  Colonial | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type  Vinyl/DHNG/Avg/Gd | Bath Wainscot  Ceramic/Average |
| Year Built  2004 | Evidence of ☐ Infestation | Storm Sash/Insulated  Yes / Vin / Average | Car Storage  None |
| Effective Age (Yrs)  8 | ☐ Dampness ☐ Settlement | Screens  Yes /Average | ☒ Driveway  # of Cars  3 |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities  ☐ Woodstove(s) # 0 | Driveway Surface  Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel  Gas | ☒ Fireplace(s) # 2 ☒ Fence  Rear | ☒ Garage  # of Cars  2 |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck  Dk/Pt ☐ Porch  None | ☐ Carport  # of Cars  0 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool  Inground ☐ Other  None | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:    9 Rooms    4 Bedrooms    3.1 Bath(s)    3,615  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    Two zone heating and cooling, with one of the units being recently replaced, half bath in finished basement, new hardwood flooring in foyer, new laminate flooring in family room.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C3;Kitchen-updated-six to ten years ago;Bathrooms-not updated;The subjects kitchen has been updated with new center island, counter tops, fixtures, and appliances. The subjects baths have not been updated, however the subject is only 15 years old.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

There were no physical deficiencies or adverse conditions noted other than what was stated above, however the appraiser is not an expert in this area.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

The subject is similar in design with homes within its market area.

Form 1004UAD – "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report    File #

| | | | | | |
|---|---|---|---|---|---|
| There are | 23 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 525,000 to $ 630,000 . | | | |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 525,000 to $ 630,000 . | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3 Surrey Ct | 6 Saddlebury Ct | | 20 Daylily Dr | | 57 Foxcroft Way | |
| | Mount Laurel, NJ 08054 | Mount Laurel, NJ 08054 | | Mount Laurel, NJ 08054 | | Mount Laurel, NJ 08054 | |
| Proximity to Subject | | 0.08 miles E | | 0.51 miles E | | 0.84 miles NE | |
| Sale Price | $ | | $ 589,000 | | $ 585,000 | | $ 559,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 147.21 sq.ft. | | $ 156.25 sq.ft. | | $ 166.74 sq.ft. | |
| Data Source(s) | | BrtMLS#NJBL340312;DOM 25 | | BrtMLS#NJBL341038;DOM 11 | | BrtMLS#1002147648;DOM 216 | |
| Verification Source(s) | | Tax Records | | Tax Records | | Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s06/19;c05/19 | | s05/19;c04/19 | | s06/19;c05/19 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | +5,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 22,000 sf | 20,925 sf | 0 | 42,513 sf | -2,400 | 20,086 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 15 | 15 | | 27 | +600 | 10 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 9    4    3.1 | 10    4    3.1 | 0 | 9    4    3.1 | 0 | 10    4    2.1 | +4,000 |
| Gross Living Area | 3,615 sq.ft. | 4,001 sq.ft. | -15,440 | 3,744 sq.ft. | -5,160 | 3,358 sq.ft. | +10,280 |
| Basement & Finished | 1805sf1500sfin | 2000sf0sfwo | 0 | 1872sf1404sfwo | 0 | 1679sf0sfwo | 0 |
| Rooms Below Grade | 1rr0br0.1ba2o | | +8,000 | 1rr0br0.0ba2o | +2,000 | | +10,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | FHA/CAC | | FHA/CAC | |
| Energy Efficient Items | Strms/Scrns | Strms/Scrns | | Strms/Scrns | | Strms/Scrns | |
| Garage/Carport | 3ga3dw | 2ga2dw | +1,500 | 2ga2dw | +1,500 | 3ga3dw | |
| Porch/Patio/Deck | Deck/Patio | Patio | +1,500 | Deck | +500 | Deck | +500 |
| Fireplace / Woodstove | 2Fireplace | Fireplace | +3,000 | 2Fireplace | | Fireplace | +3,000 |
| Fence / Inground Pool | Fence/Inground | Fence/Inground | | None | +12,000 | Fence/Inground | |
| Net Adjustment (Total) | | ☐ +  ☒ -  $ | -1,440 | ☒ +  ☐ -  $ | 9,040 | ☒ +  ☐ -  $ | 32,780 |
| Adjusted Sale Price | | Net Adj.    0.2 % | | Net Adj.    1.5 % | | Net Adj.    5.9 % | |
| of Comparables | | Gross Adj.  5.0 % $ | 587,560 | Gross Adj.  4.1 % $ | 594,040 | Gross Adj.  5.9 % $ | 592,680 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    Tax Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Records | Tax Records | Tax Records | Tax Records |
| Effective Date of Data Source(s) | 07/26/2019 | 07/26/2019 | 07/26/2019 | 07/26/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The subject had a prior transfer in November of 2018 for $75,000 as a
REO sale and was than renovated. There were no reported transfers for the comparables in the year prior to their reported closed dates in this
report.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $    588,000

| | | | | |
|---|---|---|---|---|
| Indicated Value by: Sales Comparison Approach $ | 588,000 | Cost Approach (if developed) $ | 586,256 | Income Approach (if developed) $ |

THE SALES COMPARISON APPROACH REPRESENTS THE ACTION OF BUYERS AND SELLERS. THE COST APPROACH WAS
UTILIZED AS SUPPORTING THE REASONABLENESS OF MY VALUE CONCLUSION REACHED BY THE SALES COMPARISON
APPROACH. THE INCOME APPROACH WAS NOT CONSIDERED AS THE SUBJECT IS NOT AN INCOME PRODUCING PROPERTY.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:    The subject is appraised in the as
is condition.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    588,000    , as of    07/26/2019    , which is the date of inspection and the effective date of this appraisal.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

File #

**ADDITIONAL COMMENTS**

There were no health and or safety issues observed at the time of inspection, however the appraiser is not a home inspector, and is not an expert in this area. The subject property had smoke detectors at the time of inspection. However the appraiser could not locate a carbon monoxide detectors. (However carbon monoxide detectors can be purchased for under $25.00)

There was no illegal activity observed at the time of inspect within or around the subject property.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  Due to the lack of lot sales similar to the subjecting size, the opinion of site value was estimated. Site value as a ratio to total value is above 25% of the subjects estimated value, and is typical the subjects market area due to of similar size lot sales.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE =$ | 150,000 |
| Source of cost data  Marshall and Swift | DWELLING  3,615 Sq.Ft. @ $  100.00 =$ | 361,500 |
| Quality rating from cost service  Avg  Effective date of cost data  06/01/2019 | 1,805 Sq.Ft. @ $  50.00 =$ | 90,250 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | =$ | |
| NATIONALLY RECOGNIZED COST MANUALS WERE CONSULTED | Garage/Carport  748 Sq.Ft. @ $  15.00 =$ | 11,220 |
| FOR THE ESTIMATE OF COST NEW. THE AGE/LIFE METHOD | Total Estimate of Cost-New =$ | 462,970 |
| WAS UTILIZED TO ESTIMATE PHYSICAL INCURABLE | Less  Physical  Functional  External | |
| DEPRECIATION. THE ESTIMATED LIFE IS 60 YEARS WHILE THE | Depreciation  61,714 =$( | 61,714) |
| EFFECTIVE AGE WAS ESTIMATED AT 8 YEAR. | Depreciated Cost of Improvements =$ | 401,256 |
| | "As-is" Value of Site Improvements =$ | 35,000 |
| Estimated Remaining Economic Life (HUD and VA only)  52 Years | INDICATED VALUE BY COST APPROACH =$ | 586,256 |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No  Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases  Total number of units  Total number of units sold

Total number of units rented  Total number of units for sale  Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report    File # ▮▮▮▮

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report    File #

APPRAISER'S CERTIFICATION:    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report    File #

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature    Lawrence Roselli | Signature |
| Name    Lawrence Roselli | Name |
| Company Name    Roselli Appraising | Company Name |
| Company Address    5 Prospect Ct | Company Address |
| Sicklerville, NJ 08081-2156 | |
| Telephone Number    856-341-4666 | Telephone Number |
| Email Address    roselliappraising@comcast.net | Email Address |
| Date of Signature and Report    07/27/2019 | Date of Signature |
| Effective Date of Appraisal    07/26/2019 | State Certification # |
| State Certification # | or State License # |
| or State License #    42RA00425500 | State |
| or Other (describe)    State # | Expiration Date of Certification or License |
| State    NJ | |
| Expiration Date of Certification or License    12/31/2019 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

3 Surrey Ct

Mount Laurel, NJ 08054

APPRAISED VALUE OF SUBJECT PROPERTY $    588,000

LENDER/CLIENT

Name    Clear Capital

Company Name    Shelving Rock Partners

Company Address    4 Research Drive, 4th Floor, Shelton, CT

06484

Email Address    Unknown

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report    File #

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3 Surrey Ct | 19 Winding Way | | 1 Pommel Ct | | 9 Surrey Ct | |
| | Mount Laurel, NJ 08054 | Mount Laurel, NJ 08054 | | Mount Laurel, NJ 08054 | | Mount Laurel, NJ 08054 | |
| Proximity to Subject | | 0.18 miles NW | | 0.39 miles NW | | 0.07 miles N | |
| Sale Price | $ | | $ 525,900 | | $ 555,000 | | $ 629,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 145.92 sq.ft. | | $ 153.31 sq.ft. | | $ 161.51 sq.ft. | |
| Data Source(s) | | BrtMLS#1002352456;DOM 204 | | BrtMLS#NJBL246546;DOM 50 | | BrtMLS#NJBL344236;DOM 34 | |
| Verification Source(s) | | Tax Records | | Ext Insp/Bright Realty Records | | Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | | Conv;0 | | N/A;0 | |
| Date of Sale/Time | | s04/19;c03/19 | | s04/19;c03/19 | | Active | -18,897 |
| Location | N;Res; | N;Res; | +5,000 | N;Res; | +5,000 | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 22,000 sf | 24,522 sf | 0 | 20,407 sf | 0 | 29,023 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | +15,000 | Q3 | |
| Actual Age | 15 | 24 | 0 | 26 | +550 | 15 | |
| Condition | C3 | C3 | | C3 | | C3 | -25,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9  4  3.1 | 9  4  3.1 | | 9  4  2.1 | +4,000 | 9  4  3.1 | |
| Gross Living Area | 3,615 sq.ft. | 3,604 sq.ft. | 0 | 3,620 sq.ft. | 0 | 3,900 sq.ft. | -11,400 |
| Basement & Finished | 1805sf1500sfin | 1802sf1351sfwo | | 1893sf1493sfwo | 0 | 1950sf1468sfwo | 0 |
| Rooms Below Grade | 1rr0br0.1ba2o | 1rr0br0.0ba2o | +2,000 | 1rr0br0.1ba1o | 0 | 1rr0br1.0ba2o | -2,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | FHA/CAC | | FHA/CAC | |
| Energy Efficient Items | Strms/Scrns | Strms/Scrns | | Strms/Scrns | | Strms/Scrns | |
| Garage/Carport | 3ga3dw | 2ga2dw | +1,500 | 2ga3dw | +1,500 | 3ga3dw | |
| Porch/Patio/Deck | Deck/Patio | Patio | +1,500 | Deck/Patio | | Deck/Patio | |
| Fireplace / Woodstove | 2Fireplace | 2Fireplace | | 2Fireplace | | Fireplace | +3,000 |
| Fence / Inground Pool | Fence/Inground | None | +12,000 | Fence/Inground | | None | +12,000 |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 22,000 | ☒ +  ☐ - | $ 26,050 | ☐ +  ☒ - | $ -42,297 |
| Adjusted Sale Price | | Net Adj.  4.2 % | | Net Adj.  4.7 % | | Net Adj.  6.7 % | |
| of Comparables | | Gross Adj.  4.2 % | $ 547,900 | Gross Adj.  4.7 % | $ 581,050 | Gross Adj.  11.5 % | $ 587,603 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Records | Tax Records | Tax Records | Tax Records |
| Effective Date of Data Source(s) | 07/26/2019 | 07/26/2019 | 06/25/2019 | 07/26/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

*Vertical labels:* SALES COMPARISON APPROACH · SALE HISTORY · ANALYSIS / COMMENTS

Freddie Mac Form 70 March 2005    UAD Version 9/2011    Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report     File # _____

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 3 Surrey Ct | 44 Sorrel Run | | | | | |
| | Mount Laurel, NJ 08054 | Mount Laurel, NJ 08054 | | | | | |
| Proximity to Subject | | 0.34 miles NW | | | | | |
| Sale Price | $ | | $ 599,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 168.07 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | BrtMLS#NJBL347106;DOM 15 | | | | | |
| Verification Source(s) | | Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | | | | |
| Concessions | | N/A;0 | | | | | |
| Date of Sale/Time | | Active | -17,970 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 22,000 sf | 24,866 sf | 0 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 15 | 26 | +550 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 9 | 4 | 3.1 | 9 | 4 | 3.1 | | | |
| Gross Living Area | 3,615 sq.ft. | 3,564 sq.ft. | 0 | sq.ft. | | sq.ft. | |
| Basement & Finished | 1805sf1500sfin | 1782sf1336sfwo | 0 | | | | |
| Rooms Below Grade | 1rr0br0.1ba2o | 1rr0br1.0ba2o | -2,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | | | | |
| Energy Efficient Items | Strms/Scrns | Strms/Scrns | | | | | |
| Garage/Carport | 3ga3dw | 2ga2dw | +1,500 | | | | |
| Porch/Patio/Deck | Deck/Patio | Patio | +1,500 | | | | |
| Fireplace / Woodstove | 2Fireplace | 2Fireplace | | | | | |
| Fence / Inground Pool | Fence/Inground | None | +12,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -4,420 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 0.7 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 5.9 % $ | 594,580 | Gross Adj. % $ | | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Records | Tax Records | | |
| Effective Date of Data Source(s) | 07/26/2019 | 07/26/2019 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**

The subject and all of the comparables are located in the same market area of Mount Laurel Township in Burlington County New Jersey. Five of the comparables were closed within three months of the effective date of this report. Two additional comparables are currently active. The comparables were all located within 1 mile of the subject. Four of the comparables were within 10 years of the subject in age. The remaining comparables all differed from the subject in age by more than ten years, and were included for meeting one or more of the search parameters in design, gross living area, total bedroom and or bathroom counts, overall condition and or quality of construction.  Additional comparables within ten years of the subject in age and meeting the search parameters stated were unavailable. The subject was bracketed by the comparables in both lot size, and gross living area. The subject and all of the comparables were similar newer colonial design homes.

Adjustments

Downward adjustments were applied to the listings to reflect the difference between asking prices versus closed prices for the subject market area. (This adjustment is based on the average list price sale price ratio per the market condition addendum over the last 3 months) No market condition adjustment (time adjustment) was applied to the closed comparables even though the market condition addendum indicates the subjects market area has shown a slight increase in the average closed sale price over the last three months. This increase could be a seasonal increase, and therefore no adjustment was applied. A location adjustment was applied upward to three of the comparables for there location within inferior subdivision. ( Their relationship to homes of equal or greater value)  A site adjustment was applied to one of the comparables for differing from the subject in lot size by more than 25%.  Age adjustments were applied to three of the comparables for differing from the subject in age by more than ten years. A quality of construction adjustment was applied upward to one of the comparables for it's inferior quality in building materials used at the time of inspection. (millwork, and trim, flooring finishes, exterior finishes, kitchen and bath finishes) A condition adjustment was applied downward to one of the comparables for their superior overall condition and or recent renovation. The remaining adjustments were applied to the comparables for the difference in amenities as compared to the subject.
**All adjustments were derived using paired sales whenever possible, however in the case when paired sales were not available, the appraiser may use historical data which could have include data from neighboring competing market area's throughout southern New Jersey. Gross living area adjustments throughout southern New Jersey  can range from a low of $5 per square foot for homes with average quality of construction, to a high of $60 per square foot for homes considered custom construction.  The subjects $40 per square foot adjustment for interior GLA is indicative of the subjects overall condition, and quality of construction within a market area with the predominant close sale price of $320,000. Site adjustments were  also derived using paired sales throughout southern New Jersey. Site values range from the low of $1,000 per acre to a high of $20,000 per acre. However site adjustments were based on the contributory value for the property in question. Typical buyers within the subjects market area of Mount Laurel will not pay a significant difference for home's with lot sizes above 25,000 sf, as this is considered excessive land over and above what is needed to support its highest and best use as a residential single family property within it's market area. Site adjustments were applied and $8,000 per contributory acre, which is than adjusted as a percentage as compared to the subject if needed.  Bathroom adjustments were applied at $4,000 per full bath, and $ 2,000 per half bath if needed. Bedroom adjustments were applied at $2,000 per bedroom if needed. Garage bay adjustments were applied at $1,500 per attached bay, and $ 1,000 per detached bay. Fireplace adjustments were applied at $ 3,000 per fireplace if needed. Exterior amenity adjustments were adjusted at $2,000 for unheated three season/sun room and or docks $1500 per deck $1000 per porch/balcony $500 per patio.**

The subject is above the predominant price for it's market area which was due to it's larger gross living area.
This will not effect the marketability of the subject in it's municipality.

The subject was bracketed by the sales in their nonadjusted sale prices.
Net and gross adjustments were within acceptable levels.

**All the closed comparables were considered in the subjects final value estimate with the most weight given to comparables one for being the most recent closed sale within the subjects subdivision. There is a wide range for the adjusted comparables, (sale three and four) however due to the lack of additional closed sales meeting the search parameters in design, GLA,and quality of construction, this wide range was unavoidable.  Final value was derived using the median adjusted value of the closed sales after being weighted, with the support of the listings.**

Comparable Selection

The search parameters for comparables in this report started with closed sales over the last six months, and within one mile of the subject. The preferred comparables should be within 25% of the subject in gross living area, and lot size, and within ten years of the subject in age. However in an effort to analyze the most comparable sales. The search for comparables was expanded to sales differing from the subject in age by more than ten years, and to sales differing from the subject in lot size by more than 25%. There maybe comparables located across major boundaries. These comparables were included in the report for meeting one or more the search parameters of age, design, GLA, bed and or bathroom count, and there proximity to the subject. Their location across major boundaries does not have a negative or positive effect on the subjects marketability. **The comparables used in this report are the result of this search and the best available and most similar to the subject.**

COMMENTS ON PHOTOGRAPHS

The appraiser has personally inspected  and photographed the subject and comparables. However some of the comparables photos may have been downloaded from an on-line provider or MLS service, which better depicts the comparables at the time of sale. Or in some situations the appraiser may not be able to take photographs of comparables due to privacy restrictions such as long driveways,and deep set-backs, or when the comparable is not visible from a public road. No alterations were made to the images which would misrepresent the appearance of the subject or comparable photos. The front photo of 1 Pommel Court had to be downloaded from the appraiser's MLS system as people were located at the front of the properties at the time of inspection.

Present Land Use

Three percent of the present land use within the subjects market area is open space, farmland, and or recreational use,and

Supplemental Addendum

| Borrower | Robert R. Monaco | | | | | File No. | |
|----------|------------------|--|--|--|--|----------|--|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |

does not affect the subjects marketability.

### Legal Description

The extended legal description was not available through the normal course of business.

### Prior Service for the Subject Property

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the 3 years period immediately preceding acceptance of this agreement.

### UTILITIES

Utilities were in working order the time of inspection.

### ".Exposure Time definition Per Standards Rule 1-2 c

Estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.
Based on market statistics, and the subjects market areas inventory accumulation. The opinion of reasonable exposure time for the subject property would be 3 to 6 months of exposure.

### Disaster Declaration

The subject property is free of damage due to any recent declaration of disaster within the subjects market area, and has no affect on value or the subjects marketability.

### APPRAISAL DEVELOPMENT AND REPORTING PROCESS

This is an appraisal report which is intended to comply with the reporting requirements set forth under Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Appraisal Report. As such, it represents only summary discussions of the data, reasoning and analysis that were utilized in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning and analysis is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated below. The appraiser is not responsible for unauthorized use of this report.

To develop the opinion of value, the appraiser performed a complete appraisal process as defined by the Uniform Standards of Professional Appraisal Practice. This means no departures from Standard 1 were evoked.

PURPOSE AND INTENDED USE

The purpose of this appraisal is to provide the appraiser's best estimate of the market value of the subject real property as of

the effective date. The intended use of the appraisal is to assist the client and related parties in estimating the value of the real estate.

SCOPE OF APPRAISAL

The scope of this appraisal is a physical inspection of the subject property, to study market characteristics, to collect, verify and analyze pertinent data and present a supportable conclusion of the subject's market value estimate.

ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief, the reported analysis, opinions and conclusions were developed and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| First Floor | 1805.31 Sq ft | 12 × 7 = 84 |
| | | 16 × 13.58 = 217.33 |
| | | 35.5 × 13.17 = 467.42 |
| | | 1.33 × 1 = 1.33 |
| | | 16.25 × 6 = 97.5 |
| | | 25.17 × 36.33 = 914.39 |
| | | 11.67 × 2 = 23.33 |
| **Total Living Area (Rounded):** | **1805 Sq ft** | |
| **Non-living Area** | | |
| 3 Car Attached | 747.74 Sq ft | 20.58 × 36.33 = 747.74 |

TOTAL Sketch by a la mode, inc.

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| Second Floor | 1809.44 Sq ft | 11 × 14 | = | 154 |
| | | 14.5 × 15.33 | = | 222.33 |
| | | 30.5 × 22.5 | = | 686.25 |
| | | 20.17 × 13.17 | = | 265.53 |
| | | 8.83 × 6.5 | = | 57.42 |
| | | 7.25 × 11.33 | = | 82.17 |
| | | 17 × 16 | = | 272 |
| | | 5.17 × 13.5 | = | 69.75 |
| **Total Living Area (Rounded):** | **1809 Sq ft** | | | |

| Borrower | Robert R. Monaco | | | | | | |
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |

Location Map



| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



# Market Conditions Addendum to the Appraisal Report

File No. ▮▮▮

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 3 Surrey Ct | City | Mount Laurel | State | NJ | ZIP Code | 08054 |
|---|---|---|---|---|---|---|---|

| Borrower | Robert R. Monaco |
|---|---|

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 2 | 11 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 0.67 | 3.67 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 21 | 8 | 23 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 11.5 | 11.9 | 6.3 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 552,545 | 530,250 | 559,900 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 77 | 302 | 141 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable List Price | 575,000 | 579,450 | 575,804 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 77 | 302 | 141 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Sale Price as % of List Price | 0.96 | 0.91 | 0.97 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☒ Increasing | ☐ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions within the subject market area tend to be for minor defects in the home such as carpet's appliances, fencing,or exterior maintenance,and or help with closing cost. Seller concessions by builders, or developers tend to be added upgrades, (flooring, carpeting, appliances)

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
Reo sales, and pre-foreclosure sales were not a factor within the subject market area. These sales tend to sell below market value due to their need of repairs. Typical buyers within the subject market area will not consider REO\short sales, as financing is not readily available. There were a total of 411 total sales located within the subjects market area over the last 12 months, with 24 of the sales or (6%) being stated REO sale's. Therefore REO sales were not considered a factor.

Cite data sources for above information.    Trend MLS service of southern New Jersey. The statistics stated in the statistical grid above included all residential properties within the subjects market area of the Mount Laurel Township.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The total number of closed sales has remained stable. The total number of listings has also remained stable. The absorption rate has increased over the last three months, and currently at the year high. The average closed sale price has increased slightly over the last three months. The  average list price has remained stable. Current inventory within the subjects market area for all residential properties is 23 units. The current average monthly closed sales is 3.7 per month. Inventory accumulations currently 6.2 months.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Lawrence Roselli | Supervisory Appraiser Name | |
| Company Name | Roselli Appraising | Company Name | |
| Company Address | 5 Prospect Ct, Sicklerville, NJ 08081-2156 | Company Address | |
| State License/Certification # | 42RA00425500 State NJ | State License/Certification # | State |
| Email Address | roselliappraising@comcast.net | Email Address | |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Subject Photo Page

| Borrower | Robert R. Monaco | | | | |
|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | |



**Subject Front**

3 Surrey Ct
Sales Price
Gross Living Area    3,615
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    3.1
Location    N;Res;
View    N;Res;
Site    22,000 sf
Quality    Q3
Age    15



**Subject Rear**



**Subject Street West**

Subject Photo Page

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



### Subject Left Side

3 Surrey Ct
Sales Price
Gross Living Area    3,615
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    3.1
Location    N;Res;
View    N;Res;
Site    22,000 sf
Quality    Q3
Age    15



### Subject Right Side



### Subject Street East

Subject Property

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Subject Front View Across St**

3 Surrey Ct
Sales Price
Gross Living Area      3,615
Total Rooms              9
Total Bedrooms          4
Total Bathrooms        3.1
Location                    N;Res;
View                        N;Res;
Site                        22,000 sf
Quality                     Q3
Age                         15



**Subject Rear View/ Pool**



**Subjects Address Verification**

Subject Interior Photo Page

| Borrower | Robert R. Monaco | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code  08054 |
| Lender/Client | Shelving Rock Partners | | | | | |



**Subject Kitchen**

3 Surrey Ct
Sales Price
Gross Living Area    3,615
Total Rooms          9
Total Bedrooms       4
Total Bathrooms      3.1
Location             N;Res;
View                 N;Res;
Site                 22,000 sf
Quality              Q3
Age                  15



**Subject Eat-in Area**



**Subject Living Room**

Subject Interior Photo Page

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Subject Dining Room**

3 Surrey Ct
Sales Price
Gross Living Area       3,615
Total Rooms             9
Total Bedrooms          4
Total Bathrooms         3.1
Location                N;Res;
View                    N;Res;
Site                    22,000 sf
Quality                 Q3
Age                     15



**Subject Family Room**



**Subject Study**

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Subject Half Bath**

| | |
|---|---|
| 3 Surrey Ct | |
| Sales Price | |
| Gross Living Area | 3,615 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 22,000 sf |
| Quality | Q3 |
| Age | 15 |



**Subject Owners Bedroom**



**Subject Owners Bath**

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Subject Owners Sitting Room**

3 Surrey Ct
Sales Price
Gross Living Area    3,615
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    3.1
Location    N;Res;
View    N;Res;
Site    22,000 sf
Quality    Q3
Age    15



**Subject Princess Bed**



**Subject Princess Bath**

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



### Subject Bedroom 3

| | |
|---|---|
| 3 Surrey Ct | |
| Sales Price | |
| Gross Living Area | 3,615 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 22,000 sf |
| Quality | Q3 |
| Age | 15 |



### Subject Bedroom 4



### Subject Main Bath

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



**Subject Basement Finish**

3 Surrey Ct
Sales Price
Gross Living Area        3,615
Total Rooms              9
Total Bedrooms           4
Total Bathrooms          3.1
Location                 N;Res;
View                     N;Res;
Site                     22,000 sf
Quality                  Q3
Age                      15



**Subject Basement Finish**



**Subject Basement Half Bath**

| Borrower | Robert R. Monaco | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code 08054 |
| Lender/Client | Shelving Rock Partners | | | | | |



### Subject Heater

3 Surrey Ct
Sales Price
Gross Living Area    3,615
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    3.1
Location    N;Res;
View    N;Res;
Site    22,000 sf
Quality    Q3
Age    15



### Subject Hotwater Heater



### Subject Panel Box

Comparable Photo Page

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



### Comparable 1

6 Saddlebury Ct

| | |
|---|---|
| Prox. to Subject | 0.08 miles E |
| Sale Price | 589,000 |
| Gross Living Area | 4,001 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,925 sf |
| Quality | Q3 |
| Age | 15 |



### Comparable 2

20 Daylily Dr

| | |
|---|---|
| Prox. to Subject | 0.51 miles E |
| Sale Price | 585,000 |
| Gross Living Area | 3,744 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 42,513 sf |
| Quality | Q3 |
| Age | 27 |



### Comparable 3

57 Foxcroft Way

| | |
|---|---|
| Prox. to Subject | 0.84 miles NE |
| Sale Price | 559,900 |
| Gross Living Area | 3,358 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,086 sf |
| Quality | Q3 |
| Age | 10 |

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



### Comparable 4

19 Winding Way

| | |
|---|---|
| Prox. to Subject | 0.18 miles NW |
| Sale Price | 525,900 |
| Gross Living Area | 3,604 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 24,522 sf |
| Quality | Q3 |
| Age | 24 |



### Comparable 5

1 Pommel Ct

| | |
|---|---|
| Prox. to Subject | 0.39 miles NW |
| Sale Price | 555,000 |
| Gross Living Area | 3,620 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,407 sf |
| Quality | Q3 |
| Age | 26 |



### Comparable 6

9 Surrey Ct

| | |
|---|---|
| Prox. to Subject | 0.07 miles N |
| Sale Price | 629,900 |
| Gross Living Area | 3,900 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 29,023 sf |
| Quality | Q3 |
| Age | 15 |

Comparable Photo Page

| Borrower | Robert R. Monaco | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code | 08054 |
| Lender/Client | Shelving Rock Partners | | | | | | |



### Comparable 7

44 Sorrel Run
| | |
|---|---|
| Prox. to Subject | 0.34 miles NW |
| Sale Price | 599,000 |
| Gross Living Area | 3,564 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 24,866 sf |
| Quality | Q3 |
| Age | 26 |

### Comparable 8

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

File No.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**
The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

### Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Robert R. Monaco | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3 Surrey Ct | | | | | |
| City | Mount Laurel | County | Burlington | State | NJ | Zip Code 08054 |
| Lender | Shelving Rock Partners | | | | | |

File No. ▮▮▮

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: _____

The opinion of reasonable exposure time for the subject property would be 3 to 6 months of exposure.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**APPRAISER:**

Signature: *Lawrence Roselli*
Name: Lawrence Roselli
Date Signed: 07/27/2019
State Certification #: _____
or State License #: 42RA00425500
State: NJ
Expiration Date of Certification or License: 12/31/2019
Effective Date of Appraisal: 07/26/2019

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not ☐ Exterior-only from Street ☐ Interior and Exterior

**State Of New Jersey**
**New Jersey Office of the Attorney General**
**Division of Consumer Affairs**

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS LICENSED

Lawrence   Roselli
5 Prospect Court
Erial NJ   08081

FOR PRACTICE IN NEW JERSEY AS A(N):   Licensed Residential Appraiser

12/08/2017  TO  12/31/2019
VALID

Signature of Licensee/Registrant/Certificate Holder

42RA00425500
LICENSE/REGISTRATION/CERTIFICATION #

ACTING DIRECTOR



**GREAT**AMERICAN®
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS
ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:    **RAP3667036-18**                    Renewal of:    **RAP3667036-17**

Program Administrator:    **Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876**

---

Item 1. **Named Insured**:      **Lawrence Roselli**

Item 2. **Address**:                    **5 Prospect Court**

City, State, Zip Code:    **Sicklerville, NJ 08081**

Item 3. **Policy Period**: From ___**10/15/2018**___ To ___**10/15/2019**___
                                    *(Month, Day, Year)*    *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability**:

A. $ ___**500,000**___    **Damages** Limit of Liability – Each **Claim**

B. $ ___**500,000**___    **Claim Expenses** Limit of Liability – Each **Claim**

C. $ ___**1,000,000**___    **Damages** Limit of Liability – Policy Aggregate

D. $ ___**1,000,000**___    **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

A. $ ___**0.00**___    Each **Claim**

B. $ ___**0.00**___    Aggregate

Item 6. **Premium**: $     **573.00**                    **Additional 0.6% NJ Guaranty Fund Surcharge $3.44**

Item 7. **Retroactive Date** (if applicable):      **10/15/2007**

Item 8. **Forms, Notices and Endorsements attached**:
      **D42100 (03/15)  D42300 NJ (05/13)   IL7324 (08/12)
      D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)**

Authorized Representative

D42101  (03/15)                                                                                Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation

|  |  |
|---|---|
| Case No.: | 19-27282 |
| Chapter: | 13 |

In Re:

Robert R Monaco, Jr.

|  |  |
|---|---|
| Adv. No.: | |
| Hearing Date: | November 20, 2019 at 10:00 AM |
| Hon. Judge: | Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1.  I,  Theodore Weber             :

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for  Jonathan Schwalb, Esq.         , who represents

SN Servicing Corporation          in the this matter.

☐ am the _____ in the this case and am representing myself.

2.  On _____October 29, 2019_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
  - Notice of Objection to Confirmation of Plan

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:   October 29, 2019              /s/ Theodore Weber_____
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert R Monaco, Jr.<br>3 Surrey Court<br>Mount Laurel, NJ 08054 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert H. Johnson<br>Robert H. Johnson, LLC<br>1818 Old Cuthbert Road<br>Suite 107<br>Cherry Hill, NJ 08034 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |