Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27282−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert R Monaco Jr.
  3 Surrey Court
  Mount Laurel, NJ 08054

Social Security No.:
  xxx−xx−7569

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 11, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 25
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 25). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/11/2020. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 11, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert R Monaco, Jr.  
    Debtor

Case No. 19-27282-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 11, 2020  
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
cr        +SN Servicing Corporation,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,   New York, NY 10004-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Harold N. Kaplan   on behalf of Creditor   Wells Fargo Bank hkaplan@rasnj.com, informationathnk@aol.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com  
          Raymond   Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          Rebecca Ann Solarz   on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com  
          Robert H. Johnson   on behalf of Debtor Robert R Monaco, Jr. ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                      TOTAL: 9