Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19–27282–JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert R Monaco Jr.
   3 Surrey Court
   Mount Laurel, NJ 08054

Social Security No.:
   xxx–xx–7569

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/4/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 4, 2020
JAN: kvr

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Robert R Monaco, Jr.
    Debtor

Case No. 19-27282-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2  Date Rcvd: Jun 04, 2020
Form ID: 148  Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.

```
db              +Robert R Monaco, Jr.,    3 Surrey Court,    Mount Laurel, NJ 08054-9632
cr              +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                  New York, NY 10004-1734
518451043       +American Express Legal,    500 North Franklin Turnpike,    Ramsey, NJ 07446-1177
518451044       +CBNA,    Po Box 6497,    Sioux Falls, SD 57117-6497
518568517        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518451050       +First National  Credit,    500 E 60th St N,    Sioux Falls, SD 57104-0478
518451052       +First Savings Credit,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518497762       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
518451058       +NP162 LLC,    3 Corporate Drive,    Shelton, CT 06484-6222
518569671       +NP162 LLC,    SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
518451059       +Ocwen Loan Servicing,    1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
518524076       +Ovation Sales Finance Trust,    555 S Federal HWY #200,    Boca Raton, FL 33432-6033
518451060        Signature Servicing,    675 W. Indiantown Road,    Fort Lauderdale, FL 33345-8000
518451061        State Farm Bank,    One State Farm Plaza,    Bloomington, IL 61702
518451062       +Target,    7000 Target Parkway,    Minneapolis, MN 55445-4301
518566933       +Wells Fargo Bank,    RAS Citron LLC,    130 Clinton Road, Suite 202,    Fairfield NJ 07004-2927
518573816        Wells Fargo Bank, National Association, as Trustee,    PHH Mortgage Corporation,
                  Attn: Bankruptcy Department PO Box 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518451042       +EDI: AMEREXPR.COM Jun 05 2020 03:08:00      American Express,    PO Box 981537,
                  El Paso, TX 79998-1537
518536895       +EDI: ATLASACQU.COM Jun 05 2020 03:08:00      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
518451049        EDI: BANKAMER.COM Jun 05 2020 03:08:00      FIA Card Services,    PO Box 15019,
                  Wilmington, DE 19886
518557624       +EDI: CRFRSTNA.COM Jun 05 2020 03:08:00      CREDIT FIRST NA,    PO BOX 818011,
                  CLEVELAND, OH 44181-8011
518451047       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 04 2020 23:32:15      CW Nexus,
                  101 Crossways Park Dr W,    Woodbury, NY 11797-2020
518474077        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 04 2020 23:32:12
                  CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
518451045       +EDI: WFNNB.COM Jun 05 2020 03:08:00      Comenity Bank,    PO Box 182789,
                  Columbus, OH 43218-2789
518451046        EDI: CRFRSTNA.COM Jun 05 2020 03:08:00      Credit First,    6275 Eastland Road,
                  Brookpark, OH 44142-1399
518451048        EDI: DISCOVER.COM Jun 05 2020 03:08:00      Discover,    PO Box 15316,    Wilmington, DE 19850
518460087        EDI: DISCOVER.COM Jun 05 2020 03:08:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
518451051       +EDI: AMINFOFP.COM Jun 05 2020 03:08:00      First Premier Bank,    PO Box 5529,
                  Sioux Falls, SD 57117-5529
518451053       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 04 2020 23:35:27      Harley Davidson Credit,
                  3850 Arrowhead Drive,    Carson City, NV 89706-2016
518451054        EDI: IRS.COM Jun 05 2020 03:08:00      Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
518451056       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 23:43:06      LVNV Funding LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
518466737        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 23:43:25      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518451055       +E-mail/Text: bk@lendingclub.com Jun 04 2020 23:35:21      Lending Club,
                  71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518451057       +EDI: MID8.COM Jun 05 2020 03:08:00      Midland Credit MGMT,    8875 Aero Drive,
                  San Diego, CA 92123-2255
518530220        EDI: PRA.COM Jun 05 2020 03:08:00      Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,
                  POB 41067,    Norfolk VA 23541
518517457       +EDI: JEFFERSONCAP.COM Jun 05 2020 03:08:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518560728        EDI: Q3G.COM Jun 05 2020 03:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
518513801        EDI: STFM.COM Jun 05 2020 03:08:00      State Farm Bank, FSB,    Attn: Bankruptcy Dept.,
                  PO Box 2328,    Bloomington, IL 61702-2328
518453392       +EDI: RMSC.COM Jun 05 2020 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518560821       +EDI: AIS.COM Jun 05 2020 03:08:00      Verizon,    by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518451063       +EDI: WFFC.COM Jun 05 2020 03:08:00      Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
518556391        EDI: WFFC.COM Jun 05 2020 03:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jun 04, 2020
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wells Fargo Bank,   RAS Citron LLC,   130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
518568234*   +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Wells Fargo Bank hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Robert H. Johnson    on behalf of Debtor Robert R Monaco, Jr. ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```